GLENN E. WESTREICH (SBN 100457)
(glenn.westreich@haynesboone.com)
JASON M. GONDER (SBN 257522)
(jason.gonder@haynesboone.com)
HENRY L. WELCH (SBN 261663)
(henry.welch@haynesboone.com)
**HAYNES AND BOONE, LLP**
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801

Attorneys for Plaintiff
XILINX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XILINX, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>　　　　　Defendant. | Case No. _____<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT AND PATENT INVALIDITY**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff XILINX, INC. ("Xilinx"), by and through undersigned counsel, alleges as follows:

## NATURE OF THE ACTION

1. Xilinx seeks a declaratory judgment of noninfringement and invalidity of U.S. Patent Nos. 6,574,759 (the "'759 patent") and 6,704,891 (the "'891 patent"; collectively with the '759 patent, the "patents-in-suit").

## PARTIES

2. Xilinx is a Delaware corporation with its principal place of business at 2100 Logic Drive, San Jose, California 95124.

3. Upon information and belief, Defendant Papst Licensing GmbH & Co. KG, ("Papst") is a German company, with its principal place of business at Bahnhofstrasse 33, 78112 St. Georgen, Germany.

## JURISDICTION AND VENUE

4. This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*, under the patent laws of the United States, Title 35 United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Because this action presents an actual controversy with respect to the noninfringement and invalidity of the patents-in-suit, the Court may grant the declaratory relief sought pursuant to 28 U.S.C. §§ 2201 and 2202.

6. This Court has personal jurisdiction over Papst by virtue of its sufficient minimum contacts with this forum based on business it conducts within the State of California, including in this judicial district.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

## INTRADISTRICT ASSIGNMENT

8. Pursuant to Civil Local Rules 3-2(c) and 3-5(b), this Intellectual Property Action shall be assigned on a district-wide basis.

**THE PATENTS-IN-SUIT**

9. The United States Patent and Trademark Office (the "PTO") issued the '759 patent, titled "METHOD FOR VERIFYING AND IMPROVING RUN-TIME OF A MEMORY TEST," on June 3, 2003. A true and correct copy of the '759 patent is attached as Exhibit A.

10. The PTO issued the '891 patent, titled "METHOD FOR VERIFYING AND IMPROVING RUN-TIME OF A MEMORY TEST," on March 9, 2004. A true and correct copy of the '891 patent is attached as Exhibit B.

11. Papst alleges that it is the owner by assignment of each of the patents-in-suit.

**BACKGROUND**

12. In a meeting at Xilinx's headquarters in San Jose, California on October 16, 2014, Papst, represented by its Managing Director and legal counsel, accused Xilinx of infringing the patents-in-suit and asserted that Xilinx must obtain licenses to the patents-in-suit from Papst.

13. Based on Papst's conduct, Xilinx has a reasonable apprehension of suit by Papst for infringement of the patents-in-suit. Accordingly, an actual and justiciable controversy exists between Xilinx and Papst concerning Xilinx's liability for alleged infringement of the patents-in-suit.

**FIRST CLAIM FOR RELIEF**

**(Declaratory Judgment of Noninfringement of U.S. Patent No. 6,574,759)**

14. Xilinx repeats and realleges each and every allegation contained in paragraphs 1 through 13 above as if fully set forth herein.

15. Xilinx does not infringe and has not infringed, induced infringement of, or contributed to the infringement of any valid and enforceable claim of the '759 patent.

**SECOND CLAIM FOR RELIEF**

**(Declaratory Judgment of Noninfringement of U.S. Patent No. 6,704,891)**

16. Xilinx repeats and realleges each and every allegation contained in paragraphs 1 through 15 above as if fully set forth herein.

17. Xilinx does not infringe and has not infringed, induced infringement of, or contributed to the infringement of any valid and enforceable claim of the '891 patent.

2
COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT AND PATENT INVALIDITY

## THIRD CLAIM FOR RELIEF

**(Declaratory Judgment of Invalidity of U.S. Patent No. 6,574,759)**

18. Xilinx repeats and realleges each and every allegation contained in paragraphs 1 through 17 above as if fully set forth herein.

19. One or more claims of the '759 patent are invalid for failure to meet one or more requirements of Title 35 United States Code, including but not limited to §§ 101, 102, 103, and/or 112.

## FOURTH CLAIM FOR RELIEF

**(Declaratory Judgment of Invalidity of U.S. Patent No. 6,704,891)**

20. Xilinx repeats and realleges each and every allegation contained in paragraphs 1 through 19 above as if fully set forth herein.

21. One or more claims of the '891 patent are invalid for failure to meet one or more requirements of Title 35 United States Code, including but not limited to §§ 101, 102, 103, and/or 112.

## **PRAYER FOR RELIEF**

WHEREFORE, Xilinx prays for judgment as follows:

A. A declaration that Xilinx does not and has not infringed any valid and enforceable claim of the '759 patent;

B. A declaration that Xilinx does not and has not infringed any valid and enforceable claim of the '891 patent;

C. A declaration that one or more claims of the '759 patent are invalid;

D. A declaration that one or more claims of the '891 patent are invalid;

E. An award of Xilinx's costs pursuant to Federal Rule of Civil Procedure 54;

F. A finding that this is an exceptional case and an award to Xilinx of its reasonable attorney fees pursuant to 35 U.S.C. § 285; and

G. Any and all other available legal and equitable relief that the Court deems just and proper.

| | |
|---|---|
| Dated: November 7, 2014 | HAYNES AND BOONE, LLP |
| | By /s/ Glenn E. Westreich |
| | Glenn E. Westreich (SBN 100457) |
| | (glenn.westreich@haynesboone.com) |
| | 525 University Avenue, Suite 400 |
| | Palo Alto, California 94301 |
| | Phone: (650) 687-8800 |
| | Fax: (650) 687-8801 |
| | |
| | Attorneys for Plaintiff |
| | XILINX, INC. |

| | |
|---|---|
| 1 | **DEMAND FOR JURY TRIAL** |
| 2 | Xilinx demands trial by jury on all jury-triable issues in the Complaint, as provided by |
| 3 | Rule 38 of the Federal Rules of Civil Procedure. |

Dated: November 7, 2014        HAYNES AND BOONE, LLP

By  /s/ Glenn E. Westreich
Glenn E. Westreich (SBN 100457)
(glenn.westreich@haynesboone.com)
**HAYNES AND BOONE, LLP**
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801

Attorneys for Plaintiff
XILINX, INC.