| | |
|---|---|
| 1 | Glenn E. Westreich (SBN 100457) |
| | (glenn.westreich@haynesboone.com) |
| 2 | Jason M. Gonder (SBN 257522) |
| | (jason.gonder@haynesboone.com) |
| 3 | Henry L. Welch (SBN 261663) |
| 4 | (henry.welch@haynesboone.com) |
| | **HAYNES AND BOONE, LLP** |
| 5 | 525 University Avenue, Suite 400 |
| | Palo Alto, California 94301 |
| 6 | Phone: (650) 687-8800 |
| 7 | Fax: (650) 687-8801 |
| 8 | Patrick T. Michael (SBN 169745) |
| | (pmichael@jonesday.com) |
| 9 | Joe C. Liu (SBN 237356) |
| | (jcliu@jonesday.com) |
| 10 | **JONES DAY** |
| 11 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 12 | Phone: (415) 626-3939 |
| | Fax: (415) 875-5700 |
| 13 | |
| 14 | Attorneys for Plaintiff |
| | XILINX, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XILINX, INC., | Case No. 3:14-cv-04963-RS |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE** |
| v. | |
| PAPST LICENSING GMBH & CO. KG, | |
| Defendant. | |

WHEREAS, on February 6, 2015, Defendant Papst Licensing GmbH & Co. KG ("Papst Licensing") filed a Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Transfer to the U.S. District Court for the District of Delaware ("Motion to Dismiss"), which Papst Licensing noticed for hearing on March 19, 2015 [Dkt. 18];

WHEREAS, on February 11, 2015, Plaintiff Xilinx, Inc. ("Xilinx") filed a Motion for Leave to Conduct Limited Personal Jurisdiction Discovery ("Motion for Discovery") on the issues raised by Papst Licensing's Motion to Dismiss, which Motion for Discovery Xilinx noticed for hearing on March 12, 2015 [Dkt. 21];

WHEREAS, on February 11, 2015, Xilinx filed a Motion to Enlarge Time for Briefing and Hearing on Papst Licensing's Motion to Dismiss in which Xilinx requested that the hearing on Papst Licensing's Motion to Dismiss be continued to April 23, 2015 and the deadline for Xilinx to oppose the Motion to Dismiss be extended to April 2, 2015 [Dkt. 27];

WHEREAS, a Case Management Conference in this action is currently scheduled for March 19, 2015 [Dkt. 15];

WHEREAS, to allow time for briefing, hearing, and a decision on Xilinx's Motion for Discovery, the parties agree to a continuance of the Case Management Conference and hearing on Papst Licensing's Motion to Dismiss and an extension of the remaining briefing deadlines on Papst Licensing's Motion to Dismiss; and

WHEREAS, the parties expressly agree that Papst Licensing does not waive its right to challenge the exercise of personal jurisdiction over Papst Licensing or venue in this Court by entering into this Stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.  the hearing on Papst Licensing's Motion to Dismiss is continued to April 23, 2015, or as soon thereafter as the Court is available;

2.  the deadline for Xilinx to file an opposition to Papst Licensing's Motion to Dismiss is extended to April 2, 2015;

3.  the deadline for Papst Licensing to file a reply on its Motion to Dismiss is extended to April 9, 2015, and

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING OF DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:14-CV-04963-RS

1       4.      the Case Management Conference is continued to April 23, 2015, or as soon
2  thereafter as the Court is available.

4  Dated: February 13, 2015                    HAYNES AND BOONE, LLP

5                                              By:  /s/ Glenn E. Westreich
                                                   Glenn E. Westreich (SBN 100457)
6                                                  (glenn.westreich@haynesboone.com)
                                                   525 University Avenue, Suite 400
7                                                  Palo Alto, California 94301
                                                   Phone: (650) 687-8800
8                                                  Fax: (650) 687-8801

10                                             Attorneys for Plaintiff
                                               XILINX, INC.

12 Dated: February 13, 2015                    DINOVO PRICE ELLWANGER & HARDY LLP

14                                             By:  /s/ Jay D. Ellwanger
                                                   Jay D. Ellwanger (SBN 217747)
15                                                 (jellwanger@dpelaw.com)
                                                   7000 North MoPac Expy., Suite 350
16                                                 Austin, TX 78731
                                                   Phone: (512) 539-2626
17                                                 Fax: (512) 539-2627

19                                             Attorneys for Defendant
                                               PAPST LICENSING GMBH & CO. KG

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' stipulation, and good cause shown, it is hereby **ORDERED**: |
| 3 | 1. the hearing on Papst Licensing's Motion to Dismiss shall be continued to April 23, |
| 4 | 2015 at 1:30 p.m.; |
| 5 | 2. the deadline for Xilinx to oppose Papst Licensing's Motion to Dismiss shall be |
| 6 | extended to April 2, 2015; |
| 7 | 3. the deadline for Papst Licensing to file a reply on its Motion to Dismiss shall be |
| 8 | extended to April 9, 2015, and |
| 9 | 4. the Case Management Conference shall be continued to April 23, 2015 at ~~10:00~~ 1:30 pm |
| 10 | ~~a.m.~~ |

Dated: February ~~1~~3, 2015

_____
The Honorable Richard Seeborg,
United States District Court Judge