Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Matthew J. Silveira (SBN 264250)
msilveira@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff
XILINX, INC.

W. Paul Schuck (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Andrew G. Dinovo (admitted *pro hac vice*)
adinovo@dpelaw.com
Jay D. Ellwanger (Cal. Bar No. 217747)
jellwanger@dpelaw.com
Nicole E. Glauser (admitted *pro hac vice*)
nglauser@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Defendant
PAPST LICENSING GMBH & CO. KG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

XILINX, INC.,

Plaintiff,

v.

PAPST LICENSING GMBH & CO. KG.,

Defendant.

Case No. 5:14-cv-04963-LHK

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Xilinx, Inc. and Defendant Papst Licensing GmbH & Co. KG, through their attorneys of record, stipulate and request that this Court dismiss without prejudice all claims in the above captioned action. Each party will bear its own costs and attorney's fees incurred in this action.

Dated: April 24, 2017

Respectfully submitted,

JONES DAY

By: */s/ Joe C. Liu*
Joe C. Liu

Attorneys for Plaintiff
XILINX, INC..

Dated: April 24, 2017

DINOVO PRICE ELLWANGER & HARDY LLP

By: */s/ Nicole E. Glauser*
Nicole E. Glauser

Attorneys for Defendant
PAPST LICENSING GMBH & CO. KG

**ATTESTATION OF E-FILER**

Pursuant to Local Rule 5-1(i), the undersigned ECF user whose login and password are being used in filing this document, hereby attests that the signatory above has concurred in the filing of this document.

Dated: April 24, 2017

*/s/ Joe C. Liu*
Joe C. Liu

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** All claims in the above captioned action are dismissed without prejudice. Each party will bear its own costs and attorney's fees incurred in this action.

Dated: ___________________

_______________________________
Hon. Lucy H. Koh
United States District Judge

NAI-1502660707